## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Robert L. Compton
                Debtor(s)

BK NO. 25-02259 MJC

Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Legacy Mortgage Asset Trust 2021-GS3 and index same on the master mailing list.

                          Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
15 Aug 2025, 15:37:38, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322