# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Robert Compton                        | Personnel Number..... 00651665           |
| 280 Sawmill Road                      | Transportation Pyrl Area 3               |
| Greentown PA  18426                   | Pay Period.. 07/12/2025 - 07/25/2025     |
|                                       | Fed Tax Status: Married                  |
|                                       | Fed Tax Allowances: 03   Period: 16/2025 |
| B/U:J1    Group:04    Level:20        |                                          |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2025 | 1,508.99 = | 2,391.00 | + | 0.00 | − | 354.42 | − | 527.59 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | | Year To Date |
|---|---|---|---|---|---|
| Normal working hours | 31.04 | 67.50 | 2 095.20 | | 33,303.29 |
| Unused Voluntary Comp Lv | | | | | 30.36 |
| Annual Leave Pay | 31.04 | 7.50 | 232.80 | | 915.90 |
| Paid-Office Closing | | | | | 118.68 |
| Sick Leave Pay | | | | | 349.14 |
| Compensatory | | | | | 311.54 |
| Holiday/Comp lieu Holiday | | | | | 1,426.85 |
| OT 1.0 | | | | | 725.55 |
| OT 1.5 | | | | | 5,173.03 |
| OT 2.0 | | | | | 2,732.40 |
| Hol 2.0 | | | | | 148.35 |
| SDiff 1.0 | | | | | 0.58 |
| SDiff 1.0 Prem | | | | | 16.28 |
| SDiff 1.5 | | | | | 8.65 |
| SDiff 1.5 Prem | | | | | 117.50 |
| SDiff 2.0 Prem | | | | | 106.25 |
| Higher Class Pay-Base | 1.40 | 15.00 | 21.00 | | 226.97 |
| HC OT 1.0 | | | | | 1.36 |
| HC OT 1.5 | | | | | 7.21 |
| OT 1.0-Mandated | | | | | 389.51 |
| SDiff 1.0-Mandated | | | | | 25.89 |
| SDiff 1.0 Prem-Mandated | | | | | 495.14 |
| Total Gross | | | 2,349.00 | | 46,630.43 |
| Difference prev. Period | | | 42.00 | | |

| Taxes | | Amount | | Year To Date |
|---|---|---|---|---|
| Federal    Federal | | | | |
| TX Withholding Tax | | 103.30 | | 2,609.38 |
| TX EE Social Security Tax | | 144.27 | | 2,828.98 |
| TX EE Medicare Tax | | 33.74 | | 661.62 |
| State    Pennsylvania | | | | |
| TX Withholding Tax | | 71.44 | | 1,400.91 |
| TX EE Unemployment Tax | | 1.67 | | 32.64 |
| EE Taxes | | 354.42 | | 7,533.43 |

| Deductions | | Amount | | Year To Date |
|---|---|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

|  | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 64.02 | 1,001.72 |
| Deferred Compensation | 10.00 | 160.00 |
| Addtl Voluntary Benefits | 269.21 | 4,069.36 |
| AFSCME - 13 Union Dues | 34.92 | 546.44 |
| Full Cov Class AA/Cat 0 | 149.44 | 2,914.39 |
| Total Deductions | 527.59 | 8,691.91 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount | |
|---|---|---|

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 754.50 | |
| Net Payment | 754.49 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 144.27 | |
| TX ER Medicare Tax | 33.74 | |
| ER Basic Life | 3.74 | |
| Annuitant Med Hospital | 263.00 | |
| ER Workers Comp Benefit | 45.69 | |
| PR HMO Northeast | 668.00 | |
| ER-SERS | 955.44 | |

```
|Robert Compton                              |Personnel Number.....: 00651605
|280 Sawmill Road                            |Transportation Pyrl Area 3
|Greentown PA  18426                         |Pay Period.. 07/12/2025 - 07/25/2025
|                                            |Fed Tax Status:
|                                            |Fed Tax Allowances;       Period: 16/2025
|B/U:J1     Group:04    Level:20             |

| Pay Date    Payment Amount =    Gross   +   Reim.   -    Taxes   -   Deds.
| 08/08/2025      1,508.99   =   2,391.00     0.00        354.42      527.59


|Federal Taxable Wages                       Amount

|Current Period Results                     2,197.54


|Garnishment Type         Beg Balance       Total To Date       Remain Balance



|Payroll Area    T3
```

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Robert Compton                          |Personnel Number..... 00651665
|280 Sawmill Road                        |Transportation Pyrl Area 3
|Greentown PA  18426                     |Pay Period.. 06/28/2025 - 07/11/2025
|                                        |Fed Tax Status: Married
|                                        |Fed Tax Allowances: 03   Period: 15/2025
|B/U:J1    Group:04    Level:20          |

| Pay Date      Payment Amount  =    Gross    +    Reim.   -    Taxes   -    Deds.  |
| 07/25/2025       1,460.34     =   2,322.90       0.00         339.45      523.11  |
```

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 30.36 | 7.50 | 227.70 | |
| Normal working hours | 31.04 | 60.00 | 1,862.40 | 31,208.09 |
| Unused Voluntary Comp Lv | | | | 30.36 |
| Annual Leave Pay | | | | 683.10 |
| Paid-Office Closing | | | | 118.68 |
| Sick Leave Pay | | | | 349.14 |
| Compensatory | | | | 311.54 |
| Holiday/Comp lieu Holiday | 31.04 | 7.50 | 232.80 | 1,426.85 |
| OT 1.0 | | | | 725.55 |
| OT 1.5 | | | | 5,173.03 |
| OT 2.0 | | | | 2,732.40 |
| Hol 2.0 | | | | 148.35 |
| SDiff 1.0 | | | | 0.58 |
| SDiff 1.0 Prem | | | | 16.28 |
| SDiff 1.5 | | | | 8.65 |
| SDiff 1.5 Prem | | | | 117.50 |
| SDiff 2.0 Prem | | | | 106.25 |
| Higher Class Pay-Base | | | | 163.97 |
| HC OT 1.0 | | | | 1.36 |
| HC OT 1.5 | | | | 7.21 |
| OT 1.0-Mandated | | | | 389.51 |
| SDiff 1.0-Mandated | | | | 25.89 |
| SDiff 1.0 Prem-Mandated | | | | 495.14 |
| Total Gross | | | 2,322.90 | 44,239.43 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal    Federal | | |
| TX Withholding Tax | 95.65 | 2,506.08 |
| TX EE Social Security Tax | 140.06 | 2,684.71 |
| TX EE Medicare Tax | 32.76 | 627.88 |
| State    Pennsylvania | | |
| TX Withholding Tax | 69.35 | 1,329.37 |
| TX EE Unemployment Tax | 1.63 | 30.97 |
| EE Taxes | 339.45 | 7,179.01 |

| Deductions | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

|  |  |  |
|---|---|---|
| EE PreTx MED Pct | 63.88 | 937.70 |
| Deferred Compensation | 10.00 | 150.00 |
| Addtl Voluntary Benefits | 269.21 | 3,800.15 |
| AFSCME - 13 Union Dues | 34.84 | 511.52 |
| Full Cov Class AA/Cat 0 | 145.18 | 2,764.95 |
| Total Deductions | 523.11 | 8,164.32 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
|  |  |  |

| Reimbursements | Amount |  |
|---|---|---|
|  |  |  |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 730.17 |
| Net Payment | 730.17 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 140.06 |
| TX ER Medicare Tax | 32.76 |
| ER Basic Life | 3.74 |
| Annuitant Med Hospital | 263.00 |
| ER Workers Comp Benefit | 44.39 |
| PR HMO Northeast | 568.00 |
| ER-SERS | 928.23 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Robert Compton                    |Personnel Number..... 00651665
|280 Sawmill Road                  |Transportation Pyrl Area 3
|Greentown PA  18426               |Pay Period.: 06/28/2025 - 07/11/2025
|                                  |Fed Tax Status:
|                                  |Fed Tax Allowances:       Period: 15/2025
|B/U:J1    Group:04    Level:20    |

| Pay Date      Payment Amount =    Gross    +    Reim.    -    Taxes    -    Deds.
| 07/25/2025      1,460.34      =  2,322.90  +    0.00     -    339.45   -    523.11


|Federal Taxable Wages                         Amount

|Current Period Results                        2,103.84


|Garnishment Type           Beg Balance        Total To Date      Remain Balance




|Payroll Area      T3
```

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Robert Compton                              |Personnel Number.....00651665
|280 Sawmill Road                            |Transportation Pyrl Area 3
|Greentown PA  18426                         |Pay Period.. 06/14/2025 - 06/27/2025
|                                            |Fed Tax Status: Married
|                                            |Fed Tax Allowances: 03 · Period: 14/2025
|B/U:J1      Group:04     Level:20           |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|
| 07/11/2025 | 1,491.77 | = | 2,364.40 | + | 0.00 | − | 348.87 | − | 523.76 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 30.36 | 65.50 | 1,988.58 | 29,117.99 |
| Unused Voluntary Comp Lv | | | | 30.36 |
| Annual Leave Pay | | | | 683.10 |
| Paid-Office Closing | | | | 118.68 |
| Sick Leave Pay | 30.36 | 2.00 | 60.72 | 349.14 |
| Compensatory | | | | 311.54 |
| Holiday/Comp lieu Holiday | 30.36 | 7.50 | 227.70 | 1,194.05 |
| OT 1.0 | | | | 725.55 |
| OT 1.5 | | | | 5,173.03 |
| OT 2.0 | | | | 2,732.40 |
| Hol 2.0 | | | | 148.35 |
| SDiff 1.0 | | | | 0.58 |
| SDiff 1.0 Prem | | | | 16.28 |
| SDiff 1.5 | | | | 8.65 |
| SDiff 1.5 Prem | | | | 117.50 |
| SDiff 2.0 Prem | | | | 106.25 |
| Higher Class Pay-Base | 1.37 | 28.00 | 38.38 | 163.97 |
| HC OT 1.0 | | | | 1.36 |
| HC OT 1.5 | | | | 7.21 |
| OT 1.0-Mandated | | | | 389.51 |
| SDiff 1.0-Mandated | | | | 25.89 |
| SDiff 1.0 Prem-Mandated | | | | 495.14 |
| Total Gross | | | 2,315.38 | 41,916.53 |
| Difference prev. Period | | | 49.02 | |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal         Federal | | |
| TX Withholding Tax | 100.47 | 2,410.43 |
| TX EE Social Security Tax | 142.71 | 2,544.65 |
| TX EE Medicare Tax | 33.38 | 595.12 |
| State         Pennsylvania | | |
| TX Withholding Tax | 70.66 | 1,260.02 |
| TX EE Unemployment Tax | 1.65 | 29.34 |
| EE Taxes | 348.87 | 6,839.56 |

| Deductions | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

|  | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 62.62 | 873.82 |
| Deferred Compensation | 10.00 | 140.00 |
| Addtl Voluntary Benefits | 269.21 | 3,530.94 |
| AFSCME - 13 Union Dues | 34.16 | 476.68 |
| Full Cov Class AA/Cat 0 | 147.77 | 2,619.77 |
| Total Deductions | 523.76 | 7,641.21 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 745.89 |
| Net Payment | 745.88 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 142.71 |
| TX ER Medicare Tax | 33.38 |
| ER Basic Life | 3.74 |
| Annuitant Med Hospital | 263.00 |
| ER Workers Comp Benefit | 45.18 |
| PR HMO Northeast | 668.00 |
| ER-SERS | 945.00 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Robert Compton                          |Personnel Number...... 00651665
|280 Sawmill Road                        |Transportation Pyrl Area 3
|Greentown PA  18426                     |Pay Period.. 06/14/2025 - 06/27/2025
|                                        |Fed Tax Status:
|                                        |Fed Tax Allowances:       Period: 14/2025
|B/U:J1    Group:04    Level:20          |
```

| Pay Date | Payment Amount = | Gross | + Reim. - | Taxes - | Deds. |
|---|---|---|---|---|---|
| 07/11/2025 | 1,491.77 | 2,364.40 | 0.00 | 348.87 | 523.76 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,144.01 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | T3 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Robert Compton                              |Personnel Number..... 00651665
|280 Sawmill Road                            |Transportation Prl Area 3
|Greentown PA  18426                         |Pay Period.. 05/31/2025 - 06/13/2025
|                                            |Fed Tax Status: Married
|                                            |Fed Tax Allowances: 03   Period: 13/2025
|B/U:J1    Group:04    Level:20              |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|
| 06/27/2025 | 1,913.48 = | 2,952.51 | + | 0.00 | − | 478.51 | − | 560.52 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 30.36 | 66.50 | 2,018.94 | 27,129.41 |
| Unused Voluntary Comp Lv | | | | 30.36 |
| Annual Leave Pay | 30.36 | 7.50 | 227.70 | 683.10 |
| Paid-Office Closing | | | | 118.68 |
| Sick Leave Pay | 30.36 | 1.00 | 30.36 | 288.42 |
| Compensatory | | | | 311.54 |
| Holiday/Comp lieu Holiday | | | | 966.35 |
| OT 1.0 | 30.36 | 2.00 | 60.72 | 725.55 |
| OT 1.5 | 45.54 | 13.50 | 614.79 | 5,173.03 |
| OT 2.0 | | | | 2,732.40 |
| Hol 2.0 | | | | 148.35 |
| SDiff 1.0 | | | | 0.58 |
| SDiff 1.0 Prem | | | | 16.28 |
| SDiff 1.5 | | | | 8.65 |
| SDiff 1.5 Prem | | | | 117.50 |
| SDiff 2.0 Prem | | | | 106.25 |
| Higher Class Pay-Base | | | | 84.47 |
| HC OT 1.0 | | | | 0.67 |
| OT 1.0-Mandated | | | | 389.51 |
| SDiff 1.0-Mandated | | | | 25.89 |
| SDiff 1.0 Prem-Mandated | | | | 495.14 |
| Total Gross | | | 2,952.51 | 39,552.13 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal       Federal | | |
| TX Withholding Tax | 166.64 | 2,309.96 |
| TX EE Social Security Tax | 179.18 | 2,401.94 |
| TX EE Medicare Tax | 41.90 | 561.74 |
| State       Pennsylvania | | |
| TX Withholding Tax | 88.72 | 1,189.36 |
| TX EE Unemployment Tax | 2.07 | 27.69 |
| EE Taxes | 478.51 | 6,490.69 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 62.62 | 811.20 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| | | |
|---|---|---|
| Deferred Compensation | 10.00 | 130.00 |
| Addtl Voluntary Benefits | 269.21 | 3,261.73 |
| AFSCME - 13 Union Dues | 34.16 | 442.52 |
| Full Cov Class AA/Cat 0 | 184.53 | 2,472.00 |
| Total Deductions | 560.52 | 7,117.45 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount | |
|---|---|---|
| | | |

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 956.74 | |
| Net Payment | 956.74 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 179.18 | |
| TX ER Medicare Tax | 41.90 | |
| ER Basic Life | 3.74 | |
| Annuitant Med Hospital | 251.00 | |
| ER Workers Comp Benefit | 56.68 | |
| PR HMO Northeast | 649.00 | |
| ER-SERS | 1,190.75 | |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Robert Compton                              |Personnel Number..... 00651665
|280 Sawmill Road                            |Transportation Pyrl Area 3
|Greentown PA  18426                         |Pay Period.. 05/31/2025 - 06/13/2025
|                                            |Fed Tax Status:
|                                            |Fed Tax Allowances:        Period: 13/2025
|B/U:J1    Group:04    Level:20              |

| Pay Date    Payment Amount  =    Gross    +    Reim.    -    Taxes    -    Deds.
| 06/27/2025     1,913.48     =   2,952.51  +     0.00    -    478.51   -    560.52

|Federal Taxable Wages                  Amount

|Current Period Results                2,695.36


|Garnishment Type           Beg Balance       Total To Date     Remain Balance



|Payroll Area     T3
```

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Robert Compton                              |Personnel Number..... 00651665
|280 Sawmill Road                            |Transportation Pyrl Area 3
|Greentown PA  18426                         |Pay Period.. 05/17/2025 - 05/30/2025
|                                            |Fed Tax Status: Married
|                                            |Fed Tax Allowances: 03   Period: 12/2025
|B/U:J1      Group:04      Level:20          |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|
| 06/13/2025 | 2,264.24 = | 3,445.86 | + | 0.00 | − | 590.26 | − | 591.36 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 30.36 | 67.50 | 2,049.30 | 25,110.47 |
| Unused Voluntary Comp Lv | 30.36 | 1.00 | 30.36 | 30.36 |
| Annual Leave Pay | | | | 455.40 |
| Paid-Office Closing | | | | 118.68 |
| Sick Leave Pay | | | | 258.06 |
| Compensatory | | | | 311.54 |
| Holiday/Comp lieu Holiday | 30.36 | 7.50 | 227.70 | 966.35 |
| OT 1.0 | 30.36 | 4.50 | 136.62 | 664.83 |
| OT 1.5 | 45.54 | 22.00 | 1,001.88 | 4,558.24 |
| OT 2.0 | | | | 2,732.40 |
| Hol 2.0 | | | | 148.35 |
| SDiff 1.0 | | | | 0.58 |
| SDiff 1.0 Prem | | | | 16.28 |
| SDiff 1.5 | | | | 8.65 |
| SDiff 1.5 Prem | | | | 117.50 |
| SDiff 2.0 Prem | | | | 106.25 |
| Higher Class Pay-Base | | | | 84.47 |
| HC OT 1.0 | | | | 0.67 |
| OT 1.0-Mandated | | | | 389.51 |
| SDiff 1.0-Mandated | | | | 25.89 |
| SDiff 1.0 Prem-Mandated | | | | 495.14 |
| Total Gross | | | 3,445.86 | 36,599.62 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal    Federal | | |
| TX Withholding Tax | 225.17 | 2,143.32 |
| TX EE Social Security Tax | 205.76 | 2,222.76 |
| TX EE Medicare Tax | 49.06 | 519.84 |
| State    Pennsylvania | | |
| TX Withholding Tax | 103.86 | 1,100.64 |
| TX EE Unemployment Tax | 2.41 | 25.62 |
| EE Taxes | 590.26 | 6,012.18 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 62.62 | 748.58 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| | | |
|---|---:|---:|
| Deferred Compensation | 10.00 | 120.00 |
| Addtl Voluntary Benefits | 269.21 | 2,992.52 |
| AFSCME - 13 Union Dues | 34.16 | 408.36 |
| Full Cov Class AA/Cat 0 | 215.37 | 2,287.47 |
| Total Deductions | 591.36 | 6,556.93 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---:|
| Net Payment | 1,132.12 |
| Net Payment | 1,132.12 |

| State Paid Benefits | Amount |
|---|---:|
| TX ER Social Security Tax | 209.76 |
| TX ER Medicare Tax | 49.06 |
| ER Basic Life | 3.74 |
| Annuitant Med Hospital | 251.00 |
| ER Workers Comp Benefit | 66.15 |
| PR HMO Northeast | 649.00 |
| ER-SERS | 1,389.72 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Robert Compton                              |Personnel Number....  00651665        |
|280 Sawmill Road                            |Transportation Pyrl Area 3            |
|Greentown PA  18426                         |Pay Period.. 05/17/2025 - 05/30/2025  |
|                                            |Fed Tax Status:                       |
|                                            |Fed Tax Allowances:       Period: 12/2025
|B/U:J1     Group:04     Level:20            |
|_____|_____|
| Pay Date     Payment Amount  =    Gross    +    Reim.    -    Taxes    -    Deds. |
| 06/13/2025     2,264.24      =   3,445.86  +    0.00     -    590.26   -   591.36 |
|
|Federal Taxable Wages                   Amount
|
|Current Period Results                  3,157.87
|_____|
|
|Garnishment Type          Beg Balance       Total To Date     Remain Balance
|
|_____|
|
|Payroll Area      T3
|
```