# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ROBERT L. COMPTON | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| LEGACY MORTGAGE ASSET TRUST 2021-GS3 | : | |
| Movant | : | NO. 25-02259 MJC |
| | : | |
| vs. | : | |
| | : | |
| ROBERT L. COMPTON | : | |
| Debtor(s) | : | |
| | : | 11 U.S.C. Sections 362 and 1301 |
| STEPHANIE C. COMPTON | : | |
| Co-Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |

## OBJECTION TO MOTION OF LEGACY MORTGAGE ASSET TRUST 2021-GS3 FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362

**AND NOW COMES**, the Debtors/Respondents, Robert L. Compton and Stephanie C. Compton, by and through their attorney, Kimberly D. Martin, Esquire, and files this Objection To Motion of Legacy Mortgage Asset Trust 2021-GS3 For Relief From The Automatic Stay Under Section 362 as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7.     Admitted.

8.     Denied and strict proof thereof is demanded at trial.

9.     Denied and strict proof thereof is demanded at trial.

10.    Denied and strict proof thereof is demanded at trial.

11.    Denied and strict proof thereof is demanded at trial.

12.    Denied and strict proof thereof is demanded at trial.

13.    Denied and strict proof thereof is demanded at trial.

14.    No response is required.

**WHEREFORE**, the Debtors/Respondents, Robert L. Compton and Stephanie C. Compton, respectfully request that this Court deny Movant's Motion of Legacy Mortgage Asset Trust 2021-GS3 for Relief from the Automatic Stay Under Section 362 and for such other and further relief as this Court deems just and proper.

_____/s/_____
Kimberly D. Martin, Esquire
1022 Court Street
Honesdale, PA 18431
(570) 253-6899
Attorney for Debtors/Respondents
kmartin@martin-law.net