United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 25-02259-MJC

Robert L. Compton                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                          Page 1 of 1

Date Rcvd: Jun 12, 2026                    Form ID: pdf010                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

**Recip ID**                    **Recipient Name and Address**
              +   Stephanie C. Compton, 280 Saw Mill Road, Greentown, PA 18426-4700

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| John J Martin | on behalf of Debtor 1 Robert L. Compton jmartin@martin-law.net kmartin@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| Kimberly D Martin | on behalf of Debtor 1 Robert L. Compton kmartin@martin-law.net  jmartin@martin-law.net;r59891@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor Legacy Mortgage Asset Trust 2021-GS3 bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Robert L. Compton

Debtor(s)

CHAPTER 13

Legacy Mortgage Asset Trust 2021-GS3

Moving Party

vs.

NO. 25-02259 MJC

Robert L. Compton

Debtor

Stephanie C. Compton

Co-Debtor

11 U.S.C. Sections 362 and 1301

Jack N Zaharopoulos

Trustee

## ORDER

Upon consideration of the Stipulation filed at Doc. 28 in the above-captioned case

("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED** as to the signatories of the Stipulation.

As the Co-Debtor has not executed the Stipulation, no relief is entered as to the Co-Debtor.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: June 12, 2026