UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ROBERT L COMPTON<br>Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>ROBERT L COMPTON<br>Respondent | CHAPTER 13<br><br>CASE NO. 5:25-BK-02259-MJC |

## CERTIFICATION OF DEFAULT

AND NOW on October 27, 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- Make the regular monthly payments to the Trustee during the remaining term of the plan.

As of October 27, 2026, the Debtor is $6,397.43 in arrears. a plan payment having last been made on July 29, 2026.

In accordance with said stipulation, the case may be dismissed.

Date: October 27, 2026

Respectfully submitted,

*/s/ Agatha R. McHale, Esquire*

ID: 47613
Attorney for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ROBERT L COMPTON<br>Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | CHAPTER 13<br><br>CASE NO. 5:25-BK-02259-MJC |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I am more than 18 years of age and that on October 27, 2026, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>
JOHN J. MARTIN, ESQUIRE
1022 COURT STREET
HONESDALE, PA 18431

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG, PA 17102

<u>Served by First Class Mail</u>
ROBERT L COMPTON
280 SAW MILL ROAD
GREENTOWN, PA 18426

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 27, 2026

*/s/ Ashley Schott*
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com